UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDINA, ERNEST,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>LOS ANGELES COUNTY SHERIFF'S,<br><br>　　　　　　Defendants. | ) Case No. CV 09-1477-SGL(RC)<br>)<br>)<br>)<br>) ORDER ADOPTING REPORT AND<br>) RECOMMENDATION OF UNITED STATES<br>)<br>)<br>) |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the complaint along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

　　　IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) the complaint and action are dismissed without prejudice due to plaintiff's failure to diligently prosecute this action.

//

//

//

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Magistrate Judge's Report and Recommendation by the United States mail on plaintiff.

DATED: July 2, 2009

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

R&R\09-1477.ado
6/9/09

2