UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDINA, ERNEST, | ) Case No. CV 09-1477-SGL(RC) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| LOS ANGELES COUNTY SHERIFF'S, | ) |
| Defendants. | ) |

IT IS ADJUDGED that Judgment be entered dismissing without prejudice the complaint and action due to plaintiff's failure to diligently prosecute this action.

DATED: July 2, 2009

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

R&R\09-1477.jud
6/9/09